**UNITED STATED BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**
www.flmb.uscourts.gov

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MOUNTAIN WEST HOSPITALITY, LLC, | ) | Case No. 9:16-bk--04118 |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND DEMAND**
**FOR NOTICES AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enters its appearance as counsel to Deutsche Bank Trust Company Americas, as Trustee for the Registered Holders of UBS Commercial Mortgage Trust 2012-C1, Commercial Mortgage Pass-Through Certificates, Series 2012-C1 in the above-captioned chapter 11 bankruptcy case (the "Chapter 11 Case"), and pursuant to sections 342 and 1109(b) of Title 11 of the United States Code, as amended (the "Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), requests that all notices (including those governed by Bankruptcy Rules 2002, 3017, and 9007) given, and all papers served or required to be served, in the Chapter 11 Case, or in any case, controversy, or proceeding related to the Chapter 11 Case, be given to and served upon:

Mindy A. Mora, Esq.
BILZIN SUMBERG BAENA
  PRICE & AXELROD LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131
Tel.:    (305) 374-7580
Fax:    (305) 374-7593
Email:  mmora@bilzin.com
           eservice@bilzin.com
           laparicio@bilzin.com

MIAMI 5434619.2 80265/84964

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, this request for service of notice includes notices and papers referred to in the Bankruptcy Rules and additionally, includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, disclosure statement or plan of reorganization in the captioned bankruptcy cases, whether transmitted or conveyed by mail, telephone, telecopier or otherwise.

PLEASE TAKE FURTHER NOTICE that the foregoing simply constitutes a demand and request for service and does not constitute consent to the jurisdiction of the Bankruptcy Court or a waiver of the right to a jury trial.

Dated: May 12, 2017

Respectfully submitted,

BILZIN SUMBERG BAENA
PRICE & AXELROD LLP
*Counsel for Deutsche Bank Trust Company Americas, as Trustee for the Registered Holders of UBS Commercial Mortgage Trust 2012-C1, Commercial Mortgage Pass-Through Certificates, Series 2012-C1*
1450 Brickell Avenue, 23rd Floor
Miami, Florida 33131
(305) 374-7580

By:     /s/ *Mindy A. Mora*
       Mindy A. Mora
       Fla. Bar No. 678910

-3-

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on Debtor's counsel via CM/ECF on this 12th day of May, 2017 as noted below.

/s/ *Mindy A. Mora*
Mindy A. Mora

**CM/ECF Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

Michael R. Dal Lago on behalf of Debtor Mountain West Hospitality, LLC
mike@dallagolaw.com